HILDA BERGER et al., Doing Business as J. B. EXPRESS COMPANY, v. 34TH STREET GARAGE, INC.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

In the Matter of JOSEPH SLIPYAN, Respondent, against J. IRWIN SHAPIRO, as Commissioner of Investigation, Appellant.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

## SECOND DEPARTMENT, NOVEMBER, 1955.

## (November 7, 1955.)

IRVING GROSS, Individually and on Behalf of EAST COAST LUMBER TERMINAL, INC., and the Directors and Stockholders of Said Corporation and of All Stockholders Thereof Similarly Situated, Appellant-Respondent, v. VIRGIL M. PRICE, Individually and as President, Director and Stockholder of EAST COAST LUMBER TERMINAL, INC., et al., Respondents-Appellants.— Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for limited reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals and for other relief denied, without costs. Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See ante, p. 1031.]